**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Eli SVENNINGSEN,**
**Defendant–Appellant.**

No. 12–11133
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Bonita L. Gunden, Assistant Federal Public Defender, Amarillo, TX, for Defendant–Appellant.

Before JOLLY, SMITH, AND CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Eli Svenningsen (Svenningsen) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Svenningsen has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Svenningsen's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.